UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| RODNEY JASON STANLEY, | Case No. CV 15-9447 JVS (FFM) |
|---|---|
| Petitioner, | |
| v. | JUDGMENT |
| SCOTT KERNAN, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied with prejudice.

DATED: September 21, 2018

JAMES V. SELNA
United States District Judge